IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| Edward Hund and Elizabeth Hund, | ) | Civil Action No.  6:10-cv-01556-JMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **JOINT STATUS REPORT** |
| | ) | |
| Smith & Nephew, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Court's August 28, 2011 Order, a stay was imposed in this matter for a period of sixty days.  (Doc. No. 67.)  That stay is scheduled to be lifted on October 18, 2011. (Id.)  Pursuant to the terms of the Court's Order, the parties were to contact the Court prior to the expiration of the stay regarding modifications to the current scheduling order, in the event any modifications were required.

The parties jointly report to the Court that they have reached a mutually agreed upon settlement that, once finalized, will resolve this matter in its entirety.  As a result, the parties further report that they do not require any modifications to the current scheduling order.  The parties anticipate the settlement will be finalized in the near future and appropriate documentation, including a Stipulation of Dismissal will be submitted to the Court at that time.

*We So Report*:

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

s/  Jeremy C. Hodges
James F. Rogers, Federal Bar No. 5053
E-Mail Address:  jim.rogers@nelsonmullins.com
Jeremy C. Hodges, Federal Bar No. 9238

E-Mail Address:  jeremy.hodges@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000

*Attorneys for Smith & Nephew, Inc.*

*We So Report*:

CHRISTIAN & DAVIS

s/   Joshua D. Christian
W. Harold Christian, Jr.  Federal Bar No.
Joshua D. Christian, Federal Bar No. 9732
Post Office Box 332
Greenville, SC  29602
(864) 232-7363

*Attorneys for Plaintiffs*

October 17, 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| Edward Hund and Elizabeth Hund, | ) | Civil Action No.  6:10-CV-01556-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Smith and Nephew, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2011 I electronically filed the foregoing JOINT STATUS REPORT using the CM/ECF systems which will send notification of such filing to the following:

Joshua D. Christian
jchristian@christiananddavis.com
Warren H. Christian, Jr.
hchristian@christiananddavis.com
Christian & Davis
Post Office Box 332
Greenville, SC 29602
(864) 232-7363

and I hereby certified that I mailed by United States Postal Service the document to the following:

None

/s/ Jeremy C. Hodges
Jeremy C. Hodges

3